**THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SUSAN F. and T.F.,<br><br>Plaintiffs,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION d/b/a BLUE CROSS and BLUE SHIELD of ILLINOIS, and THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>Defendants. | ) | Case No. 1:25-cv-03622<br>Honorable Sharon Johnson Coleman<br>Magistrate Judge Jeannice Appentag |

**PLAINTIFFS' MOTION FOR JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 52**

Plaintiffs Susan F. and T.F., through their undersigned counsel, hereby move the Court to award judgment under Fed. R. Civ. P. 52 against Defendants Health Care Service Corporation d/b/a Blue Cross and Blue Shield of Illinois ("BCBSIL"), and The Northwestern Mutual Life Insurance Company ("the Plan Administrator").

A statement of proposed findings of fact and conclusion of law, along with an accompanying memorandum of Plaintiffs' arguments, are filed concurrently with this motion.

Respectfully submitted this day, November 13th, 2026.

s/ Brian S. King
Brian S. King
Brian S. King P.C.
420 E. South Temple Street, Suite 420
Salt Lake City, Utah 84111
Telephone: (801) 532-1739
*Attorney for Plaintiff*
brian@briansking.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all parties registered to receive it through the Court's CM/ECF system.

Respectfully submitted November 13th, 2026.

s/ Brian S. King
Brian S. King